IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO.  8:03CR274 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| **CHRISTOPHER A. ALT,** | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Clerk is directed to mail one copy each of the pleadings at Filing Nos. 38 and 39 to the Defendant, Christopher A. Alt, No. 18687-047, FCI Pekin, P.O. Box 5000, Pekin, IL 61555-5000.

DATED this 23rd day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge